UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **24MJ3374** |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 18, U.S.C., Sec. 111(a)(1) – Assault on a Federal Officer (Felony) |
| Ramiro MONTALVO Jr., | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about September 18, 2024, within the Southern District of California, defendant Ramiro MONTALVO Jr., did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, to wit Department of Homeland Security, United States Customs and Border Protection Officer Alan Palmer, in that defendant moved toward Officer Palmer with a screwdriver in hand in a stabbing position, while Officer Palmer was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

Special Agent Eric Velazquez
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 19th of September 2024.

HON. MICHELLE M. PETTIT
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On September 18, 2024, at approximately 10:08 AM, Ramiro MONTALVO Jr., ("MONTALVO"), a United States citizen, illegally entered the Otay Mesa Port of Entry Commercial Port of Entry on foot by using the vehicle exit lanes that direct commercial vehicles entering the United States into the California Highway Patrol Commercial Vehicle Enforcement Facility.

Customs and Border Protection Officer (CBPO) Alan Palmer ("Officer Palmer") responded to the commercial vehicle exit lane to confront MONTALVO and prevent him from trespassing. Officer Palmer approached MONTALVO in his government vehicle and observed him walking northbound further in the facility. Officer Palmer exited his vehicle and contacted MONTALVO. MONTALVO then moved toward Officer Palmer with a screwdriver in hand. Officer Palmer gave commands to MONTALVO while moving backwards and creating distance. MONTALVO proceeded to move toward Officer Palmer at a quicker pace, while holding the screwdriver as a deadly weapon, to wit, above his shoulder in a stabbing position and directed toward the officer. Officer Palmer then fired his service weapon striking MONTALVO and causing him to fall to the ground.

MONTALVO was placed in handcuffs and CBPOs rendered first aid to MONTALVO. At approximately 10:18 AM, the San Diego Police Department was

1

contacted and responded to the commercial facility. MONTALVO was treated for his injuries on scene and transported to a local hospital in San Diego in an ambulance. MONTALVO was transported in stable condition with non-life-threatening injuries.

MONTALVO was arrested at approximately 10:12 AM.

MONTALVO was arrested and charged with a violation of Title 18, United States Code, Section 111, Assault on a Federal Officer.